UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>AMELCO USA, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00893-ART-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 31, 2023, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: July 24, 2023

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge