# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL. LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMELCO USA, LLC, et al., <br><br> Defendants. | Case No. 2:23-cv-00893-ART-NJK <br><br> **ORDER** <br><br> [Docket No. 20] |

Pending before the Court is the parties' amended proposed discovery plan. Docket No. 20. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties, however, seek a 328-day discovery period. *See* Docket No. 18 at 2. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, the parties seek an extended discovery period because Defendants are refusing to participate in discovery and intend to file a motion to stay discovery. *See id.* Absent a court order, the parties must participate in discovery. *See* Fed. R. Civ. P. 29(b); *see also* Fed. R. Civ. P. 16(b). Defendants have not moved to stay discovery in this case and no order modifying this case's discovery conduct has been issued by the Court. *See* Docket.

Accordingly, the amended proposed discovery plan is **DENIED**. Docket No. 20. The scheduling order will be as follows:

| | |
|---|---|
| Initial Disclosures: | August 10, 2023 |
| Add/Amend Pleadings: | September 5, 2023 |
| Initial Experts: | October 5, 2023 |
| Rebuttal Experts: | November 6, 2023 |
| Discovery Cut-Off: | December 4, 2023 |
| Dispositive Motions: | January 3, 2024 |

|   |   |   |
|---|---|---|
| 1 | Joint Pretrial Order: | February 5, 2024, 30 days after the |
| 2 |  | resolution of dispositive motions, or |
| 3 |  | further Court order. |

In the event Defendants move to stay discovery, the motion must identify the governing standards and provide meaningful discussion as to how they are met. *See, e.g., Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020); *White v. Am. Tobacco Co.*, 125 F.R.D. 508, 510 (D. Nev. 1989).

IT IS SO ORDERED.

Dated: August 9, 2023

Nancy J. Koppe
United States Magistrate Judge