# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., a foreign corporation;<br><br>Plaintiff,<br><br>vs.<br><br>AMELCO USA, LLC, a Delaware limited liability company; AMELCO UK LTD., a foreign corporation, and DOES I THROUGH X, INCLUSIVE; AND ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-CV-00893-ART-NJK<br><br>ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT (ECF NO. 30) (FIRST REQUEST) |

Plaintiff Internet Sports International, Ltd. ("Plaintiff") and Defendants Amelco USA, LLC and Amelco UK, Ltd. (collectively, "Defendants," and together with Plaintiff, the "Parties"), hereby stipulate and agree that each of the Defendants shall have an extension through November 6, 2023, to respond or otherwise plead to Plaintiff's First Amended Complaint filed on October 9, 2023 (ECF No. 30).

Pursuant to LR IA 6-1, the Parties state that this is the first request to extend the deadline for Defendants to respond to the First Amended Complaint. The extension is requested on grounds that Plaintiff has recently associated new counsel in this case and expects that it will pursue an additional amendment of its complaint by the November 3, 2023, deadline to amend pleadings and add parties.

The anticipated amendment would, if permitted, render moot any responsive motion or pleading by the Defendants to the complaint currently on file.

In view of this anticipated motion for leave to amend, counsel for both Plaintiff and Defendants have conferred and agree that extending the deadline for Defendants' response will avoid the need for potentially duplicative motion practice, conserve the parties' and Court's resources, and otherwise promote judicial economy.

This request is not sought for the purposes of delay and will not result in prejudice to any of the Parties.

Dated: October 24, 2023.

**FENNEMORE CRAIG, P.C.**

By: /s/ Wade Beavers
    John D. Tennert, III Esq. (SBN 11728)
    Wade Beavers, Esq. (SBN 13451)
    7800 Rancharrah Parkway
    Reno, Nevada 89511

*Attorneys for Defendants*

Dated: October 24, 2023.

By: /s/ Travis DeArman
    David M. Doto (SBN 11796)
    Richard L. Wade (SBN 11879)
    Shelby A. Dahl (SBN 13856)
    HUTCHISON & STEFFEN, PLLC
    Peccole Professional Park
    10080 West Alta Drive, Suite 200
    Las Vegas, Nevada 89145

and

    Travis DeArman (*pro hac vice*)
    Robert Manley (*pro hac vice*)
    Alfonso Chan (*pro hac vice*)
    Patrick Pijls (*pro hac vice*)
    **MCKOOL SMITH, P.C.**
    300 Crescent Court, Suite 1200
    Dallas, Texas 75201

*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2023