UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMELCO USA, LLC, a Delaware limited liability company; AMELCO UK LTD, a foreign corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-00893-ART-NJK<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Hutchison & Steffen, PLLC, hereby approves and consents to the substitution of J Christopher Jorgensen, Esq., of Lewis Roca Rothgerber Christie LLP, in their place and stead as attorneys of record for Plaintiff Internet Sports International, Ltd., in the above-entitled action.

Dated this 31st day of October, 2023.

HUTCHISON & STEFFEN, PLLC

_____
David M. Doto, Esq. (Bar No. 11796)
Richard L. Wade, Esq. (Bar No. 11879)
Shelby A. Dahl, Esq. (Bar No. 13856)
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
ddoto@hutchlegal.com
rwade@hutchlegal.com
sdahl@hutchlegal.com

Plaintiff Internet Sports International, Ltd., hereby approves and consents to the substitution of J Christopher Jorgensen, of Lewis Roca Rothgerber Christie LLP in the place and stead of Hutchison & Steffen, PLLC, as its counsel in the above-entitled action.

Dated this 31st day of October, 2023.

**INTERNET SPORTS INTERNATIONAL, LTD.**

By: _Ernest Matthews Jr_ (DocuSigned by: 670754FE4451499...)
Ernest Matthews
ISI General Counsel

J Christopher Jorgensen, Esq. of Lewis Roca Rothgerber Christie LLP hereby approves and consents to his substitution in the place and stead of Hutchison & Steffan, PLLC, as attorneys of record for Plaintiff Internet Sports International, Ltd., in the above-entitled action.

Dated this 1st day of November, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
cjorgensen@lewisroca.com

*Attorneys for Plaintiff Internet Sports International, Ltd.*

IT IS ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2023