# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., a foreign corporation;<br><br>Plaintiff,<br><br>vs.<br><br>AMELCO USA, LLC, a Delaware limited liability company; AMELCO UK LTD., a foreign corporation, and DOES I THROUGH X, INCLUSIVE; AND ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-CV-00893-ART-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT (ECF NO. 70)**<br>**(FIRST REQUEST)** |

Plaintiff Internet Sports International, Ltd. ("Plaintiff") and Defendants Amelco USA, LLC and Amelco UK, Ltd. (collectively, "Defendants," and together with Plaintiff, the "Parties"), hereby stipulate and agree that each of the Defendants shall have an extension through December 13, 2023, to respond or otherwise plead to Plaintiff's Second Amended Complaint filed on November 24, 2023 (ECF No. 70).

Pursuant to LR IA 6-1, the Parties state that this is the first request to extend the deadline for Defendants to respond to the Second Amended Complaint. The extension is requested on grounds that the Second Amended Complaint adds numerous new allegations and facts to which Defendants

need additional time to fully respond in light of Defendants' counsel's existing deadlines and commitments.

Counsel for both Plaintiff and Defendants have conferred and agree that extending the deadline for Defendants' response will avoid the need for potential motion practice, conserve the parties' and Court's resources, and otherwise promote judicial economy.

This request is not sought for the purposes of delay and will not result in prejudice to any of the Parties.

Dated: December 7, 2023.

**FENNEMORE CRAIG, P.C.**

By: /s/ *John D. Tennert, III*
John D. Tennert, III (SBN 11728)
Wade Beavers (SBN 13451)
MaryJo E. Smart (SBN 16139)
7800 Rancharrah Parkway
Reno, Nevada 89511

*Attorneys for Defendants*

Dated: December 7, 2023.

By: /s/ *Travis DeArman*
J. Christopher Jorgensen (SBN 5382)
**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

and

Travis DeArman (*pro hac vice*)
Robert Manley (*pro hac vice*)
Alfonso Chan (*pro hac vice*)
Patrick Pijls (*pro hac vice*)
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201

*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 8, 2023