Robert M. Manley (*pro hac vice*)
Travis E. DeArman (*pro hac vice*)
Patrick Pijls (*pro hac vice*)
**MCKOOL SMITH, PC**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000
Fax: (214) 978-4044
rmanley@mckoolsmith.com
tdearman@mckoolsmith.com
ppijls@mckoolsmith.com

J Christopher Jorgensen (Bar No. 5382)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: (702) 949-8200
cjorgensen@lewisrcoa.com

*Attorneys for Plaintiff Internet Sports International, Ltd.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Internet Sports International, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Amelco USA, LLC. et al., <br><br> Defendants. | Case No. 2:23-cv-00893-ART-NJK <br><br> **JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Plaintiff Internet Sports International, Ltd. ("ISI") and Defendants Amelco USA, LLC and Amelco UK, Ltd. (collectively, the "Defendants") jointly request, pursuant to Local Rules IA 6-1 and LR 26-1 and 26-3, that the Court modify the scheduling order, entered on November 6, 2023,[1] to extend all remaining deadlines by sixty days.

---

[1] ECF No. 58.

A.     **The Parties jointly request an extension.**

The extensions jointly requested by the Parties are included in the chart below:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Initial Experts | April 11, 2024 | June 10, 2024 |
| Rebuttal Experts | May 9, 2024 | July 8, 2024 |
| Discovery Cut-Off | May 23, 2024 | July 22, 2024 |
| Dispositive Motions | June 13, 2024 | August 12, 2024 |
| Joint Proposed Pretrial Order | July 11, 2024 or 30 days after resolution of dispositive motions, whichever dates comes sooner | September 9, 2024, or 30 days after resolution of dispositive motions, whichever dates comes sooner |

This litigation concerns issues relating to Intellectual Property law, Gaming law, and Commercial contracts law. Plaintiff believes it provided services and intellectual property to the Defendants and has not been paid for those services or the Defendants' use of Plaintiff's intellectual property. Defendants deny Plaintiff's allegations.

This Court has broad discretion to issue, modify, and enforce its scheduling orders. *See* ECF No. 29 at 2-3 (describing the Court's authority to manage its docket and the standards for granting extensions). The existing scheduling order is taken seriously, and the Parties understand any request for extension must be supported by good cause. *Id.* The Parties submit that this standard has been met, for at least two reasons.

B.     **Good cause exists for the requested Extension.**

    1.     **The Parties continue to work towards discovery, but expect some issues will require court intervention.**

        a.     **Discovery Completed**

All Parties are diligently prosecuting their claims or defenses.

i.     The Parties held the Rule 26(f) conference on July 27, 2023.

ii.     ISI and Amelco USA, LLC exchanged their Rule 26(a) disclosures on April 28, 2023; Amelco UK served Rule 26(a) disclosures on August 31, 2023, and ISI served supplemental disclosures on September 19, 2023.

2

iii. Amelco USA, LLC propounded interrogatories, requests for admissions, and requests for production on Plaintiff in the state court proceedings prior to removal on May 22, 2023, and re-served its requests on Plaintiff under the federal rules after removal on August 3, 2023. Plaintiff served objections and responses on September 19, 2023. Plaintiff also has produced more than 50,000 pages of documents to Defendants. Plaintiff has represented that it intends to supplement its document production and interrogatory responses.

iv. Plaintiff propounded interrogatories and requests for production on October 20, 2023. Defendants served objections and responses on December 4, 2023.

### b. Discovery Remaining

i. Plaintiff sent a proposed Protective Order and ESI Protocol to Defendants on October 20, 2023. The Court entered the Protective Order on November 20, 2023, and the Parties reached agreement on the ESI Protocol.

ii. Plaintiff presently anticipates that the liability and damages issues presented in this case may require expert testimony regarding industry standards, technical requirements, and damages. Plaintiff has engaged experts. Defendants will disclose experts in accordance with the Court's scheduling order.

iii. Plaintiff has identified approximately thirteen individuals in three categories of witnesses who may need to be deposed within the next three to four months, presumably prior to when the expert witnesses issue their reports. These witnesses consist of current employees, including FRCP 30(b)(6) representatives, of Defendants; former employees of Defendants; and third-party individuals. The first deposition is scheduled for January 31, 2024.

At least some of these individuals are located in the United Kingdom, and Plaintiff may be forced to serve subpoenas for testimony through the Hague Convention. Plaintiff has secured UK counsel to facilitate this process if it proves necessary. Defendants are still in the process of

evaluating Plaintiff's claims and their defenses. However based on Plaintiff's current claims and allegations, Defendants expect that they will need to depose similar categories of witnesses to Plaintiff.

### 2. The Parties attempted to resolve their dispute via mediation, without success.

The parties attempted to resolve this case without further judicial intervention. To that end, the Parties conducted a mediation on January 19, 2024 before Hon. Peggy Leen (Ret.). The mediation was unsuccessful. In order to preserve the Parties' and court resources, the Parties focused their efforts on meditation over the past 60 days. Now that mediation has proven unsuccessful, the parties will resume discovery in earnest. Specifically, the parties refrained from taking depositions prior to mediation. In particular, the Parties wish to limit the burden on the Court with associated with resolving forthcoming discovery disputes and motions practice. The parties will continue to work together in an effort to narrow those disputes.

To accomplish this, while also permitting time to complete discovery and other pretrial matters, the Parties request a sixty day extension of the aforementioned deadlines. The Parties do not seek delay for their own sake, but jointly request an extension in good faith so that they may pursue the just and efficient resolution to this dispute.

DATED: January 24, 2024

**MCKOOL SMITH, PC**

*/s/ Travis DeArman*
Robert M. Manley, (*pro hac vice*)
rmanley@mckoolsmith.com
Travis E. DeArman, (*pro hac vice*)
tdearman@mckoolsmith.com
Patrick Pijls, (*pro hac vice*)
ppijls@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000
Fax: (214) 978-4044

J Christopher Jorgensen (Ba No. 5382)
cjorgensen@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
*Attorneys for Plaintiff*
*Internet Sports International, Ltd.*

**FENNEMORE CRAIG, PC**

*/S/ John D. Tennert*
John D. Tennert, III
Nevada Bar No. 11728
jtennert@fennemorelaw.com
Wade Beavers
Nevada Bar No. 13451
wbeavers@fennemorelaw.com
MaryJo E. Smart
Nevada Bar No. 16139
msmart@fennemorelaw.com
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200
Fax: (775) 788-2283

*Attorneys for Defendants Amelco USA, LLC and Amelco UK, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing was filed on January 24, 2024 via the Court's CM/ECF electronic filing system addressed to all Parties on the e-service list.

/s/ *Travis E. DeArman*
Travis DeArman