AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Internet Sports International, Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-00893-ART-NJK |
| Amelco USA, LLC et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Hard Rock International (USA), Inc.
c/o: CT Corporation System; 1200 South Pine Island Road, Plantation, FL 33324
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached.

| Place: McKool Smith, 300 Crescent Court, #1500, Dallas, TX 75201 | Date and Time: 02/19/2024 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/24/2024

*CLERK OF COURT*

OR

/s/ Travis DeArman

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Internet Sports International, Ltd. , who issues or requests this subpoena, are:
Travis E. DeArman; McKool Smith, PC, 300 Crescent Court #1500, Dallas, TX 75201; tdearman@mckoolsmith.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:23-CV-00893-ART-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Hard Rock International (USA), Inc. on *(date)* Jan 24, 2024, 5:00 pm.

[X] I served the subpoena by delivering a copy to the named individual as follows: accepted by Monica Myrick, Intake Specialist for C.T. Corporation System, registered agent at 1200 S. Pine Island Road, Plantation, FL 33324 on *(date)* Thu, Jan 25 2024 at 11:35am; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $0.

My fees are $ _____ for travel and $ _____ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 1/25/24

*Server's signature*

Joseph Marker, Jr. SPS 613
*Printed name and title*

14071 Oak Ridge Dr., Davie, FL 33325
*Server's address*