|   |   |
|---|---|
|   | **UNITED STATES DISTRICT COURT** |
|   | **DISTRICT OF NEVADA** |
| Internet Sports International, Ltd., | Case No.: 2:23-cv-00893-ART-NJK |
| Plaintiff, | **ORDER GRANTING PLAINTIFF ISI'S MOTION TO WITHDRAW ALFONSO CHAN AS COUNSEL** |
| v. |   |
| Amelco USA, LLC. et al., |   |
| Defendants. |   |

Plaintiff Internet Sports International, Ltd. ("ISI"), though its counsel Robert M. Manley, Travis E. DeArman, and Patrick Pijls, informs the Court that Alfonso Chan departed the law firm McKool Smith, PC and thus moves to withdraw Mr. Chan from representation in this case. The attorneys at McKool Smith, PC and Lewis Roca, LLP will continue to represent ISI in this action.

1

ISI consents to the withdrawal, Defendants' counsel do not oppose, and this motion should be granted accordingly.[1]

DATED: February 20, 2024

        **MCKOOL SMITH, PC**

        /s/ Travis DeArman
        Robert M. Manley, (pro hac vice)
        rmanley@mckoolsmith.com
        Travis E. DeArman, (pro hac vice)
        tdearman@mckoolsmith.com
        Patrick Pijls, (pro hac vice)
        ppijls@mckoolsmith.com
        300 Crescent Court, Suite 1500
        Dallas, TX 75201
        Tel: (214) 978-4000
        Fax: (214) 978-4044

        J Christopher Jorgensen (Ba No. 5382)
        cjorgensen@lewisroca.com
        **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
        3993 Howard Hughes Pkwy, Suite 600
        Las Vegas, NV 89169
        Tel: (702) 949-8200

        *Attorneys for Plaintiff*
        *Internet Sports International, Ltd.*

## ORDER

IT IS SO ORDERED.
Dated: February 21, 2024

                                                _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] Pursuant to Local Rule IA 11-6(b), this motion is being served on ISI and opposing counsel.