Robert M. Manley (*pro hac vice*)
Travis E. DeArman (*pro hac vice*)
Patrick Pijls (*pro hac vice*)
**MCKOOL SMITH, PC**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000
Fax: (214) 978-4044
rmanley@mckoolsmith.com
tdearman@mckoolsmith.com
achan@mckoolsmith.com
ppijls@mckoolsmith.com


J Christopher Jorgensen (Bar No. 5382)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: (702) 949-8200
cjorgensen@lewisrcoa.com

*Attorneys for Plaintiff Internet Sports International, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Internet Sports International, Ltd., | Case No.: 2:23-cv-00893-ART-NJK |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO OPPOSITION** |
| Amelco USA, LLC. et al., | |
| Defendants. | |

Plaintiff Internet Sports International, Ltd. ("ISI") and Defendants Amelco USA, LLC and

Amelco UK, Ltd. (collectively, the "Defendants", and jointly, the "Parties") jointly request,

pursuant to Local Rule IA 6-1, that the Court extend Plaintiff's time to file its Reply to Defendants'

Opposition on the Motion to Issue Letter of Request.

1

2

3        On March 22, 2024, Plaintiff ISI filed its Motion to Issue Letter of Request for International

4   Judicial Assistance to the Senior Master of the High Court of England and Wales (hereinafter,

5   "Motion to Issue Letter of Request").[1]   On April 5, 2024, Defendants filed their Opposition to

6   Plaintiff's Motion to Issue Letter of Request.[2]   Currently, Plaintiff's Reply to Defendants'

7   Opposition is due April 12, 2023.  The Parties jointly move the Court to grant Plaintiff ISI an

8   extension, until April 17, 2023, to file its Reply.  The Parties' counsel are currently, and have been,

9   in London, England for the past week taking depositions of witnesses in this case.  Due to time

10   spent traveling and conducting said depositions, the Parties respectfully request that this Court

11   grant Plaintiff ISI an extension of time to file its Reply.

12   DATED: April 10, 2024

13                                                        **MCKOOL SMITH, PC**

14                                                        */s/ Travis DeArman*_____
                                                         Robert M. Manley, (*pro hac vice*)
15                                                       rmanley@mckoolsmith.com
                                                         Travis E. DeArman, (*pro hac vice*)
16                                                       tdearman@mckoolsmith.com
                                                         Patrick Pijls, (*pro hac vice*)
17                                                       ppijls@mckoolsmith.com
                                                         300 Crescent Court, Suite 1500
18                                                       Dallas, TX 75201
                                                         Tel: (214) 978-4000
19                                                       Fax: (214) 978-4044

20                                                       J Christopher Jorgensen (Ba No. 5382)
                                                         cjorgensen@lewisroca.com
21                                                       **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
                                                         3993 Howard Hughes Pkwy, Suite 600
22                                                       Las Vegas, NV 89169
                                                         Tel: (702) 949-8200
23                                                       *Attorneys for Plaintiff*
                                                         *Internet Sports International, Ltd.*

24

25

26

   _____

27   [1] ECF No. 95.

28   [2] ECF No. 97.

                                                 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FENNEMORE CRAIG, PC**

*/s/ John Tennert*
John D. Tennert, III
Nevada Bar No. 11728
jtennert@fennemorelaw.com
Wade Beavers
Nevada Bar No. 13451
wbeavers@fennemorelaw.com
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200
Fax: (775) 788-2283

*Attorneys for Defendants Amelco USA, LLC and Amelco UK, Ltd.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that service of the foregoing was filed on April 10, 2024 via the Court's CM/ECF electronic filing system addressed to all Parties on the e-service list.

<u>*/s/ Travis E. DeArman*</u>
Travis DeArman