# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Internet Sports International, Ltd., | Case No.: 2:23-cv-00893-ART-NJK |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO OPPOSITION** |
| v. | |
| Amelco USA, LLC. et al., | |
| Defendants. | |

Plaintiff Internet Sports International, Ltd. ("ISI") and Defendants Amelco USA, LLC and Amelco UK, Ltd. (collectively, the "Defendants", and jointly, the "Parties") jointly request, pursuant to Local Rule IA 6-1, that the Court extend Plaintiff's time to file its Reply to Defendants' Opposition on the Motion to Issue Letter of Request.

1

On March 22, 2024, Plaintiff ISI filed its Motion to Issue Letter of Request for International Judicial Assistance to the Senior Master of the High Court of England and Wales (hereinafter, "Motion to Issue Letter of Request").[1] On April 5, 2024, Defendants filed their Opposition to Plaintiff's Motion to Issue Letter of Request.[2] Currently, Plaintiff's Reply to Defendants' Opposition is due April 12, 2023. The Parties jointly move the Court to grant Plaintiff ISI an extension, until April 17, 2023, to file its Reply. The Parties' counsel are currently, and have been, in London, England for the past week taking depositions of witnesses in this case. Due to time spent traveling and conducting said depositions, the Parties respectfully request that this Court grant Plaintiff ISI an extension of time to file its Reply.

DATED: April 10, 2024

**MCKOOL SMITH, PC**

/s/ *Travis DeArman*
Robert M. Manley, (*pro hac vice*)
rmanley@mckoolsmith.com
Travis E. DeArman, (*pro hac vice*)
tdearman@mckoolsmith.com
Patrick Pijls, (*pro hac vice*)
ppijls@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000
Fax: (214) 978-4044

J Christopher Jorgensen (Ba No. 5382)
cjorgensen@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
*Attorneys for Plaintiff*
*Internet Sports International, Ltd.*

**IT IS SO ORDERED.**
Dated: April 11, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] ECF No. 95.
[2] ECF No. 97.

2