# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

INTERNET SPORTS INTERNTAIONAL, LTD.,

    Plaintiff(s),

v.

AMELCO USA, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-00893-ART-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). It does not appear that a certificate of interested parties has been filed by Plaintiff. Accordingly, Plaintiff must file a certificate of interested parties by June 5, 2024.

IT IS SO ORDERED.

Dated: May 28, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge