# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> AMELCO USA, LLC, et al., <br><br> Defendant(s). | Case No. 2:23-cv-00893-ART-NJK <br><br> **Order** <br><br> [Docket Nos. 133, 136, 139, 141, 144, 145, 146, 147, 148, 149, 150] |

The parties have filed many discovery-related motions under seal, including several that were not filed in redacted form on the public docket. *See* Docket Nos. 133, 136, 139, 141, 144, 145, 146, 147, 148, 149, 150.[1] From the certificates of service, it is not clear that all of these sealed motions were properly served on the opposing side. *Compare* Local Rule IA 10-5(d) (requiring service of sealed filings be made pursuant to Local Rule IC 4-1(c)) *with, e.g.*, Docket No. 133 at 15; Docket No. 145 at 26. Counsel must immediately ensure that all sealed motions have been served in accordance with the local rules. A notice of compliance must be filed on the docket by July 17, 2024.

IT IS SO ORDERED.

Dated: July 16, 2024

Nancy J. Koppe
United States Magistrate Judge

---

[1] Non-party John Thompson filed under seal a "motion for protective order." Docket No. 141. From a preliminary review of the docket, it is not clear that a motion to seal was filed with respect to that motion.

1