# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., <br><br>　　　　Plaintiff(s), <br><br>v. <br><br>AMELCO USA, LLC, et al., <br><br>　　　　Defendant(s). | Case No. 2:23-cv-00893-ART-NJK <br><br>**Order** <br><br>[Docket Nos. 179, 181, 185, 187] |

The parties are currently engaged in an extraordinary exercise of briefing an astounding number of discovery motions after the discovery cutoff. Rather than simply opposing pending motions to compel, AMELCO has also filed countermotions for protective order. Docket Nos. 179, 181, 185, 187. Upon denying a motion to compel, the Court is empowered to issue a protective order without the need for a separate motion for protective order. Fed. R. Civ. P. 37(a)(5)(B) ("If the motion [to compel] is denied, the court may issue any protective order authorized under Rule 26(c)"). Hence, there appears to be no need for a separate countermotion for protective order that is effectively duplicative of the opposition to a motion to compel. Moreover, the Court is not inclined to further muddy the docket with even more briefing on countermotions given the extraordinary decision by the parties to move forward with so many discovery motions so late in the litigation process. *Cf. Christian v. Mattel, Inc.*, 286 F. 3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice"). Accordingly, the countermotions for protective order are **DENIED** subject to the Court's existing discretion to enter a protective order if a motion to compel is denied. The motions to compel will be briefed in the ordinary course.

IT IS SO ORDERED.

Dated: July 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge