# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

INTERNET SPORTS INTERNATIONAL, LTD.,

    Plaintiff(s),

v.

AMELCO USA, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-00893-ART-NJK

**Order**

[Docket Nos. 128, 135, 138, 143]

Pending before the Court are Defendant Amelco UK's motions to seal, the sole basis for which is that Plaintiff designated certain exhibits as confidential pursuant to the parties' stipulated protective order. Docket Nos. 128, 135, 138, 143. Plaintiff filed a response consenting to the public disclosure of the documents it had designated as confidential. Docket No. 161. Accordingly, the motions to seal are **DENIED** and the Clerk's Office is **INSTRUCTED** to unseal the subject material.

    IT IS SO ORDERED.

    Dated: August 22, 2024

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge