# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> AMELCO USA, LLC, et al., <br><br> Defendant(s). | Case No. 2:23-cv-00893-ART-NJK <br><br> **Order** <br><br> [Docket No. 195] |

Pending before the Court is Defendants' motion to seal, the sole basis for which is that Plaintiff designated certain exhibits as confidential pursuant to the parties' stipulated protective order. Docket No. 195. Plaintiff filed a response consenting to the public disclosure of the documents it had designated as confidential. Docket No. 205. Defendants filed a reply confirming that this motion to seal should be denied. *See* Docket No. 218 at n.1. Accordingly, the motion to seal is **DENIED** and the Clerk's Office is **INSTRUCTED** to unseal the subject material.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1