UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> AMELCO USA, LLC, et al., <br><br> Defendant(s). | Case No. 2:23-cv-00893-ART-NJK <br><br> **Order** <br><br> [Docket Nos. 176, 182, 188, 190, 200] |

Pending before the Court are Defendants' motions to seal. Docket Nos. 176, 182, 188, 190, 200. Plaintiff filed a response in opposition. Docket No. 205. Defendants filed a reply. Docket No. 218. The reply brief improperly includes arguments that should have been raised in the motion itself. Accordingly, Plaintiff may file a surreply if it wishes to do so by September 6, 2024. In the interim, the Court **DEFERS** ruling on the motions to seal. The Clerk's Office is **INSTRUCTED** to continue maintaining the subject material under seal.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge