# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., | Case No. 2:23-cv-00893-ART-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 125] |
| AMELCO USA, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to seal.  Docket No. 125.  No response has been filed.  For reasons unknown, the motion to seal is itself filed under seal.  Moreover, it is not clear that the motion was served on opposing counsel.[1]  Defendants must immediately serve the motion to seal and exhibits thereto in accordance with the governing rules.  *See* Local Rule IA 10-5(d) (requiring service of sealed filings be made pursuant to Local Rule IC 4-1(c)).  A notice of compliance must be filed by August 23, 2024.  The deadline for Plaintiff to respond to the motion to seal is **RESET** for September 6, 2024.

In the interim, the Court **DEFERS** ruling on the motion to seal.  The Clerk's Office is **INSTRUCTED** to continue maintaining the subject material under seal.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The body of the motion indicates that the underlying motion and sealed exhibits were being served by electronic mail, Docket No. 125 at 2, but the certificate of service indicates that the motion to seal itself was purportedly being served by CMECF, *id.* at 3.