# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., <br><br>  Plaintiff(s), <br><br> v. <br><br> AMELCO USA, LLC, et al., <br><br>  Defendant(s). | Case No. 2:23-cv-00893-ART-NJK <br><br> **Order** <br><br> [Docket No. 125] |

Pending before the Court is Defendants' motion to seal, the sole basis for which is that Plaintiff designated certain exhibits as confidential pursuant to the parties' stipulated protective order. Docket No. 125. Plaintiff filed a response consenting to the public disclosure of the documents it had designated as confidential. Docket No. 229. Accordingly, the motion to seal is **DENIED**. The Clerk's Office is **INSTRUCTED** to unseal the subject material, including the motion to seal itself (Docket No. 125).

IT IS SO ORDERED.

Dated: September 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1