John D. Tennert, III, NV Bar No. 11728
Therese M. Shanks, NV Bar No. 12890
Wade Beavers, NV Bar No. 13451
MaryJo E. Smart, NV Bar No. 16139
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Parkway
Reno, NV  89511
Telephone:     (775) 788-2200
Facsimile:      (775) 788-2279
jtennert@fennemorelaw.com
tshanks@fennemorelaw.com
wbeavers@fennemorelaw.com
msmart@fennemorelaw.com

*Attorneys for Defendants Amelco UK Ltd.
and Amelco USA, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AMELCO USA, LLC. et al., <br><br> Defendants. | CASE NO. 2:23-cv-00893-ART-NJK <br><br> ORDER GRANTING <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR ALL PARTIES TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 263, 265)** <br><br> **FIRST REQUEST** |

Defendants Amelco UK Ltd. ("AUK") and Amelco USA, LLC ("AUSA") (collectively "Defendants"), and Plaintiff Internet Sports International, Ltd. ("Plaintiff"), by and through their respective counsel, stipulate as follows:

WHEREAS, on November 1, 2024, Defendants filed a motion for summary judgment (ECF No. 265);

WHEREAS, on November 1, 2024, Plaintiff filed a motion for partial summary judgment (ECF No. 263);

WHEREAS, on November 23, 2024, Plaintiff opposed Defendants' motion for summary judgment (ECF No. 271);

WHEREAS, on November 23, 2024, Defendants opposed Plaintiff's motion for partial

summary judgment (ECF No. 273);

WHEREAS, at present, Defendants' and Plaintiff's reply briefs in support of their respective motions are due on December 6, 2024;

WHEREAS, due to the length of the motions, case load of counsel, and the holiday landing in the middle of the briefing schedule, Defendants and Plaintiff require additional time to complete and submit the aforementioned briefs;

NOW, THEREFORE, THE PARTIES, by and through their respective counsel of record, **STIPULATE AND AGREE** as follows:

1. The deadline by which Defendants must file and serve their reply in support of motion for summary judgment, which is currently scheduled for December 6, 2024, is continued to Wednesday, December 11, 2024;

2. The deadline by which Plaintiff must file and serve its reply in support of motion for partial summary judgment, which is currently scheduled for December 6, 2024, is continued to Wednesday, December 11, 2024;

3. No other deadlines will be affected.

Pursuant to LR IA 6-1, the parties state that this is the first extension related to motions for summary judgment noted above. The parties have sought and received additional discovery extensions unrelated to the instant motions. Good cause exists for this extension due to the length of the motions, case load of counsel, and the holiday landing in the middle of the briefing schedule, and additional time is needed to complete the reply briefs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated this 3rd day of December, 2024.

**MCKOOL SMITH, P.C.**

By: _/s/ Travis E. DeArman_
   Robert Manley, Esq. (*pro hac vice*)
   Travis E. DeArman, Esq. (*pro hac vice*)
   Patrick Pijls, Esq. (*pro hac vice*)

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
   J. Christopher Jorgensen, Esq., NV Bar No. 5382

*Attorneys for Plaintiff Internet Sports International, Ltd.*

Dated this 3rd day of December, 2024.

**FENNEMORE CRAIG, P.C.**

By: _/s/ John D. Tennert, III_
   John D. Tennert, III, NV Bar No. 11728
   Therese M. Shanks NV Bar No. 12890
   Wade Beavers NV Bar No. 13451
   MaryJo E. Smart, NV Bar No. 16139

*Attorneys for Defendants Amelco UK Ltd. and Amelco USA, LLC*

**IT IS SO ORDERED**.

DATED this 12th day of December, 2024.

_____
U.S. DISTRICT COURT JUDGE