Robert M. Manley (pro hac vice)
Travis E. DeArman (pro hac vice)
Patrick Pijls (pro hac vice)
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000
Fax: (214) 978-4044
rmanley@mckoolsmith.com
tdearman@mckoolsmith.com
ppijls@mckoolsmith.com

J Christopher Jorgensen (Bar No. 5382)
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Chris.Jorgensen@wbd-us.com

*Attorneys for Plaintiff Internet Sports International, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AMELCO USA, LLC. et al., <br><br> Defendants. | CASE NO. 2:23-cv-00893-ART-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND AND REPLY TO DEFENDANT AMELCO UK, LTD.'S MOTION FOR SANCTIONS PURSUANT TO RULE 37(b)(2)(A)** <br><br> **[FIRST REQUEST]** |

On April 1, 2025, Defendant Amelco UK, Ltd. ("AUK") filed *Defendant Amelco UK, Ltd.'s Motion for Sanctions Pursuant to Rule 37(b)(2)(A) for Internet Sports International, Ltd.'s Failure to Comply with the Court's Order (ECF No. 286)* ("Motion"). *See* ECF No. 292. The deadline for Plaintiff Internet Sports International, Ltd.'s ("ISI's") response is presently April 15, 2025, and the deadline for AUK's reply is April 22, 2025.

1

1  Key counsel for ISI are out of the country, returning April 14, and dealing with major
2  hearings and other matters (respectively). Accordingly, ISI requested a two-week extension of the
3  briefing deadlines, so that this matter may be addressed appropriately.

4  AUK agreed to this extension, and the parties stipulate and jointly request that the Court
5  enter an order:

6  • Setting the deadline for ISI's response to AUK's Motion as **April 29, 2025**; and
7  • Setting the deadline for AUK's reply as **May 20, 2025**.

8  Pursuant to LR IA 6-1, the parties state that this is the first request to extend the deadlines
9  to respond and reply to AUK's Motion. This request is not made for the purposes of delay, but to
10 allow the parties and their counsel the time necessary to brief the issues raised. No other deadlines
11 will be impacted by this extension.

13  Dated this 8th day of April, 2025.

**MCKOOL SMITH, P.C.**

By: *Travis DeArman*
Robert M. Manley (pro hac vice)
Travis E. DeArman (pro hac vice)
Patrick Pijls (pro hac vice)
300 Crescent Court, Suite 1500
Dallas, TX 75201

J Christopher Jorgensen (Bar No. 5382)
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

*Attorneys for Plaintiff Internet Sports International, Ltd.*

IT IS SO ORDERED.
Dated: April 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2

**FENNEMORE CRAIG, P.C.**

By: *John Tennert*
John D. Tennert, III, NV Bar No. 11728
Therese M. Shanks, NV Bar No. 12890
Wade Beavers, NV Bar No. 13451
MaryJo E. Smart, NV Bar No. 16139
7800 Rancharrah Parkway
Reno, NV  89511

*Attorneys for Defendants Amelco UK Ltd. and Amelco USA, LLC*