**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD., | Case No. 2:23-cv-00893-ART-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 297, 298] |
| AMELCO USA, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion for case-dispositive discovery sanctions, which they filed on May 1, 2025. Docket Nos. 297, 298. Plaintiff filed a response. Docket No. 306. Defendants filed a reply. Docket No. 309. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

The dispositive motion deadline expired on November 1, 2024. Docket No. 130. As the name suggests, that deadline applies to all dispositive motions, including motions seeking dispositive discovery sanctions. *E.g.*, *Garcia v. Serv. Emps. Int'l Union*, 2019 WL 8750275, at *1 (D. Nev. May 23, 2019) (citing *Hall v. Schumacher*, 2011 WL 4458845, at *3 (D. Nev. Sept. 23, 2011)). When a motion is filed after the corresponding case management deadline has expired, the movant is implicitly seeking relief from that deadline and the motion must be supported by the appropriate showing for such relief. *See Johnson v. Mammoth Recs., Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). Requests to modify an already-expired case management deadline must be supported by a showing of both good cause and excusable neglect. *See Branch Banking & Trust Co. v. DMSI, LLC*, 871 F.3d 751, 764-65 (9th Cir. 2017); *see also* Local Rule 26-3. Courts may *sua sponte* enforce the case management deadlines established in their own scheduling orders. *Bonavito v. Nev. Prop. 1 LLC*, 2014 WL 5364077, at *4 (D. Nev. Oct. 21, 2014); *see also Garcia v. Serv. Emps. Int'l Union*, 332 F.R.D. 351, 354 n.2 (D. Nev. 2019).

1    Curiously, the instant motion appears to recognize that dispositive motions cannot be filed

2  at this juncture of the case without obtaining relief from the dispositive motion deadline, *see*

3  Docket No. 297 at 16, but the instant dispositive motion does not in any direct fashion seek relief

4  from the expired dispositive motion deadline with articulated argument as to good cause and

5  excusable neglect.

6    Accordingly, the Court **DENIES** without prejudice Defendants' motion for case-

7  dispositive sanctions.[1]

8    IT IS SO ORDERED.

9    Dated:  May 29, 2025

10   _____

     Nancy J. Koppe
11   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
_____
       [1] The Court expresses no opinion herein as to whether the circumstances might suffice to
28  show good cause and excusable neglect.

2