# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Internet Sports International, Ltd.,

    Plaintiff(s),

v.

Amelco USA, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-00893-ART-NJK

**Order**

There remain lingering discovery issues that may require further oversight by the undersigned magistrate judge, which are preferrable to resolve before the settlement conference. Accordingly, the Court **CONTINUES** the settlement conference to 10:00 a.m. on January 13, 2026. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on January 6, 2026. All other requirements in the order setting the settlement conference (Docket No. 320) continue to govern.

    IT IS SO ORDERED.

    Dated: September 24, 2025

                                               Nancy J. Koppe
                                               United States Magistrate Judge