Robert M. Manley (pro hac vice)
Travis E. DeArman (pro hac vice)
Patrick Pijls (pro hac vice)
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000
rmanley@mckoolsmith.com
tdearman@mckoolsmith.com
ppijls@mckoolsmith.com

J Christopher Jorgensen (Bar No. 5382)
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: (702) 949-8200
chris.jorgensen@wbd-us.com

*Attorneys for Plaintiff Internet Sports International, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNET SPORTS INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AMELCO USA, LLC. et al.,<br><br>Defendants. | CASE NO. 2:23-cv-00893-ART-NJK<br><br>**UNOPPOSED MOTION TO EXTEND PLAINTIFF ISI'S TIME TO RESPOND TO DEFENDANT AMELCO'S RENEWED MOTION FOR CASE-DISPOSITIVE SANCTIONS PURSUANT TO RULE 37(c)(1) (ECF 335)**<br><br>**(FIRST REQUEST)** |

Plaintiff Internet Sports International, Ltd. ("ISI"), by and through undersigned counsel, hereby moves this Court as follows:

This is the first motion to extend time to respond to Defendant Amelco's Renewed Motion for Case-Dispositive Sanctions, which was filed on October 8, 2025. *See* Local Rule IA 6-1. The motion is unopposed.

On October 8, 2025, Amelco filed a sanctions motion.[1] As of today, ISI's deadline to respond is October 22, 2025. All ISI's counsel have numerous filings over the coming weeks, including a summary-judgment deadline in another matter this very week. Owing to this schedule, ISI's counsel requested from Amelco's counsel an extension of time to respond, and the parties' counsel agreed that ISI be permitted an additional five days, up to and including Monday, October

---

[1] ECF No. 335.

1

27, 2025.

This request is not made for the purpose of delay but to allow ISI and its counsel the time necessary to brief the issues raised by Amelco's motion. No other deadlines will be impacted by this extension.

Because this motion is the first motion to extend time, is unopposed, and is supported by good cause, ISI respectfully requests that (1) this motion be granted and (2) the Court enter an order setting the deadline for ISI's response to ECF No. 335 for October 27, 2025.

October 20, 2025

**MCKOOL SMITH, P.C.**

By: *Travis DeArman*
Robert M. Manley (pro hac vice)
Travis E. DeArman (pro hac vice)
Patrick Pijls (pro hac vice)
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000
rmanley@mckoolsmith.com
tdearman@mckoolsmith.com
ppijls@mckoolsmith.com

J Christopher Jorgensen (Bar No. 5382)
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
chris.jorgensen@wbd-us.com

*Attorneys for Plaintiff Internet Sports International, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 22, 2025

2