# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Internet Sports International, Ltd.,<br>    Plaintiff(s),<br>v.<br>Amelco USA, LLC, et al.,<br>    Defendant(s). | Case No. 2:23-cv-00893-ART-NJK<br>**Order**<br>[Docket No. 333] |

Pending before the Court is Defendants' motion to seal an exhibit designated as confidential by Plaintiff. Docket No. 333. Plaintiff filed a response, along with a declaration in support of sealing. Docket No. 337. For compelling reasons shown, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Court **GRANTS** the motion to seal.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1