# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Internet Sports International, Ltd.,<br>　　　　Plaintiff(s),<br>v.<br>Amelco USA, LLC, et al.,<br>　　　　Defendant(s). | Case No. 2:23-cv-00893-ART-NJK<br>**Order** |

The Court has received the parties' settlement statements. Plaintiff's identified opening demand is over 100 times larger than Defendants' opening offer. It also appears that both sides are going backwards from their prior settlement positions. Assuming counsel complied with their duty of candor to the Court in preparing their settlement statements, there is no point in expending judicial resources on a settlement conference. Accordingly, the settlement conference is VACATED.

IT IS SO ORDERED.

Dated: January 7, 2026

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge