# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

INTERNET SPORTS INTERNATIONAL, LTD.,

                    Plaintiff,

vs.

AMELCO USA, LLC. et al.,

                    Defendants.

CASE NO. 2:23-cv-00893-ART-NJK

**ORDER GRANTING**

STIPUATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE

(SECOND REQUEST)

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Defendants Amelco UK Ltd. ("AUK") and Amelco USA, LLC ("AUSA") (collectively "Defendants") and Plaintiff Internet Sports International, Ltd. ("Plaintiff") hereby stipulate to extend the time for the parties to file their Joint Pretrial Order as set forth in the Court's Minute Order dated May 5, 2026 (ECF No. 360) to Friday, December 4, 2026—60 days before trial in this matter, which is set for February 2, 2027. This is the second request seeking to extend the subject deadline, as the parties previously requested, and the Court granted, a continuance of the pre-trial order deadline from February 6, 2026 until the Court ruled on Plaintiff's Motion to Set Trial. *See* ECF Nos. 353, 354.

The parties submit that good cause exists for the requested extension. The parties have

FENNEMORE CRAIG

RENO

65201947.1                                    1

exchanged drafts of the joint pretrial order, the witness lists, and the exhibit lists and are continuing their efforts to meet and confer on these materials—all with the aim of minimizing the number of disputed issues for the Court's resolution. The parties have scheduled two meet and confer conferences on August 11 and October 7, 2026 to further facilitate these efforts.

Because trial is not set until February 2, 2027, over seven months away, and the parties' requested extension would result in the Joint Pretrial Order being filed 60 days prior to trial, the parties believe the additional time will better facilitate a streamlined trial and allow the parties sufficient time to meet and confer regarding the Joint Pretrial Order.

The parties submit that this extension is requested in good faith and with no dilatory motive.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties in this action, that:

1. The deadline by which the parties must file their Joint Pretrial Order, which is currently scheduled for July 6, 2026, is continued to **Friday, December 4, 2026**—60 days prior to trial;

2. No other deadlines will be affected.

Pursuant to LR IA 6-1, the parties state that this is the second extension related to the joint pretrial order as noted above. Good cause exists for this extension due to the need of the parties to meet and confer further relating to the draft Joint Pretrial Order in order to facilitate a more streamlined trial.

//

//

//

FENNEMORE CRAIG

RENO

65201947.1                                          2

**IT IS SO STIPULATED.**

Dated this 25th day of June, 2026.    Dated this 25th day of June, 2026.

**MCKOOL SMITH, P.C.**    **FENNEMORE CRAIG, P.C.**

By:  _/s/ Patrick Pijls_    By:  _/s/ John D. Tennert, III_
   Robert Manley, Esq. (*pro hac vice*)    John D. Tennert, III, NV Bar No. 11728
   Travis E. DeArman, Esq. (*pro hac vice*)    Therese M. Shanks NV Bar No. 12890
   Patrick Pijls, Esq. (*pro hac vice*)    Wade Beavers NV Bar No. 13451
   MaryJo E. Smart Pinocchio, NV Bar No. 16139

**LEWIS ROCA ROTHGERBER**    *Attorneys for Defendants Amelco UK*
**CHRISTIE LLP**    *Ltd. and Amelco USA, LLC*
   J. Christopher Jorgensen, Esq., NV Bar
   No. 5382

   *Attorneys for Plaintiff Internet Sports*
   *International, Ltd.*

**IT IS SO ORDERED**.

DATED this 29th day of June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

FENNEMORE CRAIG

RENO

65201947.1                                  3